IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE CALGON CARBON CORPORATION SHAREHOLDER LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS | )  Civil Action No. 2:17-cv-01433-AJS<br>)  Consolidated with 2:17-cv-1459-AJS<br>)<br>)  CLASS ACTION<br>)<br>)<br>) |

**STIPULATION AND [PROPOSED] SCHEDULING ORDER**

WHEREAS, on November 2, 2017, plaintiff George Assad filed a Complaint for Violation of the Securities Exchange Act of 1934 in this Court, captioned *Assad v. Calgon Carbon Corp.*, Civil Action No. 2:17-cv-01433-AJS (the "Assad Action"), challenging the disclosures made by Calgon Carbon Corp. ("Calgon Carbon") in connection with the proposed acquisition of Calgon Carbon by Kuraray Co., Ltd. and its affiliates (collectively, "Kuraray") (the "Proposed Transaction");

WHEREAS, on November 8, 2017, the Court entered a Scheduling Order in the Assad Action, which set forth a schedule governing Plaintiff Assad's Request for Preliminary Relief;

WHEREAS, on November 8, 2017, plaintiff Marshall Biederman filed a Complaint for Violation of Sections 14(a) and 20(a) of the Securities Exchange Act of 1934 in this Court, captioned *Biederman v. Calgon Carbon Corp.*, Civil Action No. 2:17-cv-1459-AJS (the "Biederman Action"), also challenging the disclosures made by Calgon Carbon in connection with the Proposed Transaction;

WHEREAS, on November 13, 2017, the Court entered an Order consolidating the Assad Action and the Biederman Action;

WHEREAS, counsel have conferred with respect to the schedule set forth in the Scheduling Order;

NOW, THEREFORE, upon consent of the parties and subject to the approval of the Court:

IT IS HEREBY ORDERED this \_\_\_\_\_ day of _____, 2017 that:

1. Hearing and argument on Plaintiffs' Request for Preliminary Relief shall take place on _____, _____, 2018, at \_\_:\_\_ \_M, in Courtroom \_\_.

2. Plaintiffs must file affidavit(s) of service upon completion of service of all pleadings filed in this case, to date, upon Defendants.

3. Plaintiffs may file an opening brief (with Affidavits in Support of Request for Preliminary Relief) by 12:00 PM (noon), on Friday, December 22, 2017.

4. Defendants shall file a brief in response (with Counter-Affidavits in Opposition to Request for Preliminary Relief) by 12:00 PM (noon), on Friday, January 12, 2018.

5. The Parties shall meet and confer to determine the appropriate scope of document production for Plaintiffs' Motion and shall exchange all documents/information relevant to Plaintiffs' Motion and/or Defendants' Response on or before 12:00 PM (noon), on Friday, January 19, 2018.

6. All Parties shall preserve all relevant documents/information, including ESI.

7. Plaintiffs and Defendants may take up to ten (10) hours of depositions on or before Wednesday, January 24, 2018. Any depositions shall be scheduled so that the Party taking the deposition alternates (*i.e.,* Plaintiff takes a deposition; Defendant takes a deposition, etc.), unless otherwise agreed to by counsel.

8. All depositions shall occur in Pittsburgh, Pennsylvania, unless otherwise agreed to by counsel.

9. Defendants shall not be required to move to dismiss, answer, or otherwise respond to the complaint until after a lead plaintiff is appointed in accordance with the Private Securities

Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3), and a consolidated amended complaint, if any, is filed by lead plaintiff.

10. The Parties are directed to Alternative Dispute Resolution with mediator Arthur H. Stroyd, on _____ __, 2017, at __:__ _M.  *See* LCvR 16.2.  Plaintiffs and Defendants shall each pay 50% of the fees and costs for mediation.

11. The Parties are directed to file an appropriate ADR Stipulation by 12:00 PM (noon), on Friday, January 19, 2018.

12. At the Preliminary Relief Hearing on _____ __, 2018, at __:__ _M, each Party shall have up to fifteen (15) minutes to present opening arguments.  All direct testimony shall be by the affidavits previously filed.  Each Party shall have up to two (2) hours to present testimony by cross-examination and rebuttal.  Each Party shall have up to fifteen (15) minutes to present closing arguments.

13. The parties shall file proposed Findings of Fact and Conclusions of Law on or before 12:00 PM (noon), on Wednesday, January 24, 2018.

| | |
|---|---|
| Dated:  November 15, 2017 | **LAW OFFICE OF ALFRED G. YATES, JR., P.C.** |
| | By:  */s/Gerald L. Rutledge (by permission)* <br> Alfred G. Yates, Jr. (PA Bar No. 17419) <br> Gerald L. Rutledge (PA Bar No. 62027 <br> 300 Mt. Lebanon Boulevard <br> Suite 206-B <br> Pittsburgh, PA 15234-1507 <br> (412) 391-5164 |
| **OF COUNSEL:** | |
| **RIGRODSKY & LONG, P.A.** <br> Brian D. Long (PA Bar No. 82370) <br> Gina M. Serra (PA Bar No. 308207) <br> 2 Righter Parkway, Suite 120 <br> Wilmington, DE 19803 <br> (302) 295-5310 | *Attorneys for Plaintiffs* |
| **RM LAW, P.C.** <br> Richard A. Maniskas <br> (PA Bar No. 85942) | |

1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
(484) 324-6800

*Attorneys for Plaintiff George Assad*
**LEVI & KORSINSKY LLP**
Donald J. Enright
Elizabeth K. Tripodi
1101 30th Street, N.W., Suite 115
Washington, D.C. 20007
(202) 524-4290

*Attorneys for Plaintiff Marshall Biederman*

                                               **JONES DAY**

By: <u>/s/Andrew R. Stanton</u>
      Andy Stanton (PA Bar No. 93409)
      500 Grant Street, Suite 4500
      Pittsburgh, PA 15219
      (412) 394-7936

      Eric Landau
      3161 Michelson Drive, Suite 800
      Irvine, CA 92612
      (949) 553-7517

      *Attorneys for Defendants Calgon Carbon Corporation, J. Rich Alexander, Randall S. Dearth, William J. Lyons, Louis S. Massimo, William R. Newlin, John J. Paro, Julie S. Roberts, Timothy G. Rupert, and Donald C. Templin*

IT IS SO ORDERED this _____ day of _____, 2017.


						_____
						Arthur J. Schwab
						United States District Court Judge

## **SCHEDULING MOTION CERTIFICATE**

I hereby certify on this 21st day of November, 2017, that all parties have conferred with regard to the proposed modifications within this Stipulation and [Proposed] Scheduling Order, and all parties consent thereto.

                                                                                  */s/* Andrew R. Stanton

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of November, 2017, a true and correct copy of this Stipulation and [Proposed] Scheduling Order was filed and served on counsel of record via the United States District Court for the Western District of Pennsylvania's CM/ECF system.

*/s/* Andrew R. Stanton