IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE CALGON CARBON CORPORATION SHAREHOLDER LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS | )  Civil Action No. 2:17-cv-01433-AJS<br>)  Consolidated with 2:17-cv-1459-AJS<br>)<br>)  CLASS ACTION<br>)<br>) |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiffs hereby voluntarily dismiss the above-captioned action (the "Action") with prejudice as to plaintiffs. Because this Notice is being filed with the Court before service by defendants of either an answer or a motion for summary judgment and before a class has been certified, plaintiffs' dismissal of the Action is effective upon the filing of this notice.

Dated: December 22, 2017

LAW OFFICE OF ALFRED G.
YATES, JR., P.C.

By: /s/ Alfred G. Yates, Jr.
Alfred G. Yates, Jr.
300 Mt. Lebanon Boulevard,
Suite 206-B
Pittsburgh, PA 15234
Telephone: (412) 391-5164
Facsimile: (412) 471-1033
*Attorneys for Plaintiffs*

**OF COUNSEL:**

**RIGRODSKY & LONG, P.A.**
2 Righter Parkway, Suite 120
Wilmington, DE 19803
Telephone: (302) 295-5310
Facsimile: (302) 654-7530

**RM LAW, P.C.**
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
Telephone: (484) 324-6800
Facsimile: (484) 631-1305
*Attorneys for Plaintiff George Assad*

**LEVI & KORSINSKY LLP**
Donald J. Enright
Elizabeth K. Tripodi
1101 30th Street, N.W., Suite 115
Washington, D.C. 20007
(202) 524-4290
*Attorneys for Plaintiff Marshall Biederman*